8 So.2d 224

**Stacy BUNN v. CITY OF TUSCALOOSA.**

6 Div. 827.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

5 So.2d 842

**Stacy BUNN, Jr. v. STATE.**

6 Div. 798.

Court of Appeals of Alabama.
Jan. 20, 1942.

J. M. Ward, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

11 So.2d 166

**Emma BURGESS v. STATE.**

6 Div. 988.

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

11 So.2d 166

**Otto BURNETT, alias Burnette v. STATE.**

5 Div. 132.

Court of Appeals of Alabama.
Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 166

**John C. CALDWELL v. STATE.**

4 Div. 741.

Court of Appeals of Alabama.
Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

2 So.2d 925

**Ben CAMPBELL v. STATE.**

8 Div. 107.

Court of Appeals of Alabama.
April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.